UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 2, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )   Case No. 2:09MJ00254-GGH
        Plaintiff,        )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
BRANDON J. PUCKETT,       )
                          )
        Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRANDON J. PUCKETT__ , Case No. __2:09MJ00254-GGH__ , Charge __18 USC § 7,13 ABD R.C.W. 66 44.270(2)(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

      __ Unsecured Appearance Bond

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond with Surety

      __ Corporate Surety Bail Bond

  ✔ (Other)    Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 2, 2009__ at __2:00 pm__ .

                        By  /s/ Gregory G. Hollows
                            Gregory G. Hollows
                            United States Magistrate Judge

Copy 5 - Court