```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  HEATHER M. THOMAS
    Certified Law Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 10-100-KJN |
|---|---|---|
| Plaintiff, | ) | PROBATION REVOCATION PETITION, NOTICE OF HEARING, AND |
| v. | ) | ORDER |
| BRANDON J. PUCKETT, | ) | DATE: May 18, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |

On May 19, 2010, the defendant, BRANDON J. PUCKETT, pled guilty, pursuant to a plea agreement, to an Information charging him with Consuming an Alcoholic Beverage While a Minor, in violation of Title 18, United States Code, Sections 7 and 13 and Revised Code of Washington 66.44.270(2)(a), and Assault in violation of Title 18, United States Code, Sections 7 and 113(a)(4).  BRANDON J. PUCKETT was given the following sentence by United States Magistrate Judge Kendall J. Newman:

The defendant shall serve a one-year term of court probation, to terminate upon fulfillment of the following conditions:

///

1. The defendant shall pay a $175.00 fine on Count 1, and a $90.00 fine on Count 2, for a total of $265.00 in fines;
2. The defendant shall pay a $25.00 special assessment on Count 1 and a $10.00 special assessment on Count 2, for a total of $35.00 in special assessments; and
3. 12 days imprisonment (time served)

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has failed to pay any part of the imposed fines of $265.00; and
2. The defendant has failed to pay any part of the $35.00 in special assessments.

The United States therefore petitions the Court to place this matter on its calendar for 9:00 a.m. on May 11, 2011, to allow the defendant to show cause why the probation granted on May 19, 2010, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  All of the above was related to me by Heather Thomas.

DATED: April 25, 2011              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                              By:  /s/ Jill Thomas
                                   JILL THOMAS
                                   Assistant U.S. Attorney

[PROPOSED] ORDER

It is Hereby Ordered that the defendant appear on May 18, 2011, at 9:00 a.m., to show cause why the probation granted on May 19, 2010, should not be revoked.

IT IS SO ORDERED.

Dated:  May 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on April 27, 2011, she served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Brandon J. Puckett
Address on file

                                       /s/Heather M. Thomas
                                       HEATHER M. THOMAS